IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 20 C 6456 |
| v. | ) |
| | ) Judge Lee |
| CARESNAP INC., | ) Magistrate Judge Finnegan |
| and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Able Home Health, LLC and Defendant Caresnap Inc. respectfully submit this notice of settlement and inform the Court that the parties have resolved this matter on an individual basis. The Parties expect to file a stipulation of dismissal within the next 45 days. The Parties request that the Court stay all pending deadlines.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

s/ Emily A. Fitzgerald (w/ consent)
Troy Sphar
Emily A. Fitzgerald
SWANSON MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3400
Chicago, IL  60611
(312) 321-9100
(312) 321-0990

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on Monday, March 15, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent via email to the following party:

    Troy Sphar – tsphar@smbtrials.com
    Emily A. Fitzgerald – efitzgerald@smbtrials.com
    SWANSON MARTIN & BELL, LLP
    330 N. Wabash Avenue, Suite 3400
    Chicago, IL  60611

                                                           /s/ Heather Kolbus
                                                           Heather Kolbus

Daniel A. Edelman
Heather Kolbus
**EDELMAN, COMBS, LATTURNER**
    **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)