**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABLE HOME HEALTH, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARESNAP INC., )<br>and JOHN DOES 1-10, )<br>)<br>Defendants. ) | 20 C 6456<br><br>Judge Lee<br>Magistrate Judge Finnegan |

**STIPULATION OF DISMISSAL**

Plaintiff Able Home Health, LLC ("Plaintiff") and Defendant CareSnap Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice and without costs. Plaintiff dismisses its class claims against Defendant without prejudice and without costs. Plaintiff dismisses its claims against Defendants John Does 1-10 without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Emily A. Fitzgerald (w/ consent) |
| Daniel A. Edelman | Troy Sphar |
| Heather Kolbus | Emily A. Fitzgerald |
| EDELMAN, COMBS, LATTURNER | SWANSON MARTIN & BELL, LLP |
| & GOODWIN, LLC | 330 N. Wabash Avenue, Suite 3400 |
| 20 S. Clark Street, Suite 1500 | Chicago, IL 60611 |
| Chicago, IL 60603 | (312) 321-9100 |
| (312) 739-4200 | (312) 321-0990 |
| (312) 419-0379 (FAX) | |

1

**CERTIFICATE OF SERVICE**

  I, Heather Kolbus, hereby certify that on Friday, April 16, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent via email to the following party:

  Troy Sphar – tsphar@smbtrials.com
  Emily A. Fitzgerald – efitzgerald@smbtrials.com
  SWANSON MARTIN & BELL, LLP
  330 N. Wabash Avenue, Suite 3400
  Chicago, IL  60611

                s/ Heather Kolbus
                Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)