# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Able Home Health, LLC

                      Plaintiff,

v.                                                    Case No.: 1:20−cv−06456
                                                      Honorable John Z. Lee

Caresnap Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 20, 2021:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the stipulation of dismissal [24], this case is dismissed with each side to bear its own costs and fees. The dismissal is with prejudice as to Plaintiff's individual claims against Caresnap, Inc.; without prejudice as to the class claims against Caresnap, Inc., and without prejudice as to Plaintiff's claims against Defendants John Does 1−10. Civil case terminated. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.